UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PATRICK BRUCE GORDON,

        Petitioner,       CIV. S-91-0882-LKK PAN

  v.                     <u>DEATH PENALTY CASE</u>

JILL L. BROWN, Acting Warden
at San Quentin State Prison,        ORDER

        Respondent.

—oOo—

       This case came before me April 20, 2005, for hearing on petitioner's March 25, 2005, motion to compel.  Good cause appearing and for reasons stated on the record, I hereby order that:

       1.  Petitioner's March 25, 2005, motion to compel is granted.

       2.  Respondent shall produce to petitioner, within 20 days, all documents in any way related to claims set forth in petitioner's memorandum of points and authorities in support of

his motion to compel at 8:21 through 10:12.  If respondent contends any such documents are entitled to protection she shall submit them to the court, within 20 days, for in camera review so the court may assess the applicability of asserted privileges and, as for non-privileged documents, weigh the benefits of disclosure against grounds for protecting the documents.

    3.   Petitioner is granted leave to examine Van Oss, Wingo and Colbert at deposition.  The depositions shall be convened in my courtroom.

    4.   The record shall be completed, including document exchange and depositions, within 90 days.

So ordered.

Dated:  April 26, 2005.

    /s/ Peter A. Nowinski
    PETER A. NOWINSKI
    Magistrate Judge