United States District Court

Eastern District of California

| | | |
|---|---|---|
| Patrick Bruce Gordon, | | |
| | Petitioner, | No. Civ. S 91-0882 LKK PAN |
| vs. | | Order |
| Jill L. Brown, Acting Warden at San Quentin State Prison, | | DEATH PENALTY CASE |
| | Respondent. | |

-oOo-

May 17, 2005, respondent requested an extension of time to comply with the April 27, 2005, order regarding discovery. Good cause appearing, respondent's request is granted and time is extended until May 24, 2005.

So ordered.

Dated: May 19, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge