1  JAMES R. KIRBY II (SBN 088911)
   SEGAL & KIRBY
2  770 L Street, Suite 1440
   Sacramento, CA 95814
3  Telephone: (916) 441-0828
   Facsimile:  (916) 446-6003
4
   GAIL R. WEINHEIMER (SBN 58589)
5  862 Sir Francis Drake Blvd., Suite 245
   San Anselmo, CA 94960-1914
6  (415) 488-4876

7  Attorneys for Petitioner

8

9              IN THE UNITED STATES DISTRICT COURT

10        IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  PATRICK BRUCE GORDON,              CASE NO. S-91-0882-LLK PAN

13                                     **STIPULATION RE AMENDED**
                 Plaintiff,            **PRIVILEGE LOG AND MAY 25, 2005,**
14                                     **ORDER**
    vs.
15                                     **DEATH PENALTY CASE**

16  JILL L. BROWN, Acting Warden at
    San Quentin State Prison
17

18
                 Respondent.
19  _____/

20        Respondent has produced additional documents in response to this

21  Court's recent order and agreed to produce an amended privilege log

22  identifying documents that have been withheld because Respondent believes

23  they did not fit within the description of the documents that were subject to the

24  motion to compel.

25        The parties hereby request that the Court stay its order of May 25,

26  2005, pending Petitioner's review of these documents and receipt and review

27  of the amended log. Petitioner will promptly notify the Court when the

28  amended log is received. The parties request that the stay provide that the

FILED

JUN - 3 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
              DEPUTY CLERK

1

1   May 25 order is not final and the time to seek review will not begin to run until

2   further order of Court.

3   SO STIPULATED:

4

5

6   Dated:                                        /s/ Ward A. Campbell
                                                  WARD A. CAMPBELL
7                                                 Attorney for Respondent

8

9

10  Dated:                                        /s/James R. Kirby
                                                  JAMES R. KIRBY
11                                                Attorneys for Petitioner

12

13

14

15

16

17

18                      IT IS SO ORDERED

19

20

21

22

23

24

25

26

27

28

2