IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PATRICK BRUCE GORDON,** | **CAPITAL CASE** |
| Petitioner, | CIV-S-91-0882 LKK CMK |
| v. | |
| **STEVEN ORNOSKI, Acting Warden, California State Prison at San Quentin,** | |
| Respondent. | |

**ORDER GRANTING RESPONDENT'S REQUEST TO FILE SEALED DOCUMENT FOR IN CAMERA REVIEW (LOCAL RULE 39-141)**

GOOD CAUSE SHOWING, the Clerk of the United States District Court for the Eastern District of California is ordered to file under seal and to transmit to this court for its in camera review the following document: 97 pages of notes by Terrence Van Oss, the trial prosecutor in the case of *People v. Patrick Bruce Gordon*. The notes comprise of (1) 93 handwritten notes including five pages captioned "Trial Notes," four pages captioned "Closing Argument Outline Index," and 84 pages captioned "Summation" and (2) four pages of typewritten notes including two typewritten pages captioned "Voir Dire" and two typewritten pages captioned "Argument Penalty

///

///

///

///

Phase." The document shall be filed pursuant to Local Rule 39-141 (c) and transmitted to the undersigned for in camera review.

March 6, 2006

                                        /s/   **CRAIG M. KELLISON**
                                        Craig M. Kellison
                                        UNITED STATES MAGISTRATE JUDGE