IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK BRUCE GORDON,

    Petitioner,                    No. CIV S-91-0882 LKK CMK P

                                     DEATH PENALTY CASE

    vs.                              ORDER

ROBERT WONG, Acting Warden,

    Respondent.

_____/

        Petitioner, a state prisoner proceeding with appointed counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 21, 2006, petitioner's counsel filed, under seal, a request seeking, among other things, an extension of the current briefing schedule. The briefing schedule requires opening briefs on September 15, 2006. Petitioner's counsel represent that respondent is agreeable to modifying the briefing schedule.

///

///

///

///

1

1       Good cause appearing, IT IS ORDERED that the court vacates the briefing
2 schedule in this matter. The parties shall submit to the court an agreed briefing schedule within
3 thirty days of the date of this order.
4 DATED:  August 22, 2006.

                                                   **CRAIG M. KELLISON**
                                                   UNITED STATES MAGISTRATE JUDGE