IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK BRUCE GORDON,

     Petitioner,                     No. CIV S-91-0882 LKK EFB P

     vs.                             **DEATH PENALTY CASE**

ROBERT L. AYERS, JR., Warden,

     Respondent.               **ORDER**

_____/

Mr. Kirby seeks to withdraw as counsel for petitioner in this matter. Considering the pending request by Mr. Kirby's co-counsel Gail Weinheimer to withdraw and considering the fact that Mr. Kirby does not meet the standards for lead counsel set out in 18 U.S.C. § 3599, good cause supports Mr. Kirby's application to withdraw.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Mr. Kirby's September 15, 2006 application to withdraw as counsel for petitioner is granted.

2. The Clerk of the Court is directed to serve this order upon Cynthia Compton, CJA Administrator, Office of the Federal Defender, in addition to those on the regular service list.

So Ordered.

DATED: January 2, 2008.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE