GAIL R. WEINHEIMER
State Bar No. 58589
862 Sir Francis Drake Boulevard
PMB 245
San Anselmo, CA 94960
Telephone: (415) 488-4876
Facsimile:  (415) 488-9452
Email: weinheimer@earthlink.net

Attorney for Petitioner,
PATRICK BRUCE GORDON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BRUCE GORDON, | CASE NO. 2:91-CV-00882-LKK-EFB |
| Petitioner, | <u>DEATH PENALTY CASE</u> |
| v. | **ORDER GRANTING PETITIONER'S REQUEST TO FILE UNDER SEAL DECLARATION OF GAIL R. WEINHEIMER** |
| VINCENT CULLEN, Acting Warden of San Quentin, | |
| Respondent. | |

This Court has read and considered Petitioner's Request To File Under Seal Declaration of Gail R. Weinheimer Regarding Status of Appointment of Counsel. For good cause shown, the Court grants this request. The Clerk is directed to file under seal the Declaration of Gail R. Weinheimer.

Dated: December 2, 2010

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE