IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK BRUCE GORDON,

    Petitioner,

vs.

ROBERT WONG, Acting Warden,

    Respondent.

                                   /

No. CIV S-91-0882 LKK EFB P

**DEATH PENALTY CASE**

<u>ORDER</u>

      Petitioner, a state prisoner proceeding with appointed counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 2, 2008, the court granted petitioner's co-counsel's motion to withdraw as attorney of record. At that time the Federal Defender informed the court that once an attorney became available for appointment as secondary counsel for petitioner, the Federal Defender's office would notify the court. Joan Fisher, Assistant Federal Defender in the Capital Habeas Unit is now available for appointment. Accordingly, it is hereby ORDERED that:

      1. Joan Fisher of the Capital Habeas Unit of Office of the Federal Defender is appointed to represent petitioner.

////

////

1

2. The Clerk of the Court is directed to serve a copy of this order on Joseph Schlesinger, Supervising Attorney, Office of the Federal Defender.

DATED: May 17, 2011.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE