UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| PATRICK BRUCE GORDON, | No. 2:91-cv-0882-LKK-EFB P |
|---|---|
| Petitioner, | |
| v. | **DEATH PENALTY CASE** |
| WARDEN, San Quentin State Prison, | |
| Respondent. | ORDER |

Petitioner is a state prisoner proceeding through counsel with this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to Fed. R. Civ. P. 16 and Local Rule 240, and good cause appearing, IT IS ORDERED THAT:

1. A Status/Scheduling conference is set for November 20, 2013, at 10:00 a.m. in Courtroom No. 8;

2. Prior to the November 20, 2013 conference, the parties shall meet and confer and shall be prepared to discuss a proposed schedule for this case, including a schedule for filing remaining pleadings and/or litigating any procedural issues, filing any supplemental briefing, motions for evidentiary hearing, and the merits of petitioner's claims; and

3. After the conclusion of the status conference, a scheduling order will issue.

DATED: October 24, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE