UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BRUCE GORDON, | No. 2:91-cv-0882-LKK-EFB P |
| Petitioner, | |
| v. | **DEATH PENALTY CASE** |
| KEVIN CHAPPELL, Warden, San Quentin State Prison,[1] | ORDER |
| Respondent. | |

Petitioner is a state prisoner proceeding through counsel with this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to the parties' joint request to modify the scheduling order, ECF No. 365, the court orders as follows:

1. The April 30, 2014 deadline for completion of depositions of Van Oss, Wingo and Colbert, is continued to July 15, 2014.  The depositions shall be completed by that date; and

2. A further Status/Scheduling Conference is set for August 6, 2014, at 10:00 a.m. in Courtroom No. 8.

DATED: March 31, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to Rule 25, subdivision (d) of the Federal Rules of Civil Procedure, Kevin Chappell is substituted as respondent in this action.