IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**PATRICK BRUCE GORDON,**

Petitioner,

v.

**KEVIN CHAPPELL, Warden, California State Prison at San Quentin,**

Respondent.

Case No. CIV S 91-0882 LKK EFB P

**ORDER**

GOOD CAUSE SHOWING, and based on the joint request of the parties, the current briefing order is modified to continue the status/scheduling conference set for August 6, 2014. The status/scheduling conference is now SET for October 1, 2014 at 10:00 a.m. in Courtroom No. 8.

DATED: August 4, 2014.

_/s/ Edmund F. Brennan_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

[~~Proposed~~] Order (CIV S 91-0882 LKK EFB P)