Kamala D. Harris, State Bar No. 146672
Attorney General of California
Michel P. Farrell, State Bar No. 183566
Senior Assistant Attorney General
Ward A. Campbell, State Bar No. 88555
Supervising Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5251
 Fax: (916) 322-2368
 E-mail: Ward.Campbell@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PATRICK BRUCE GORDON,** | CIV S 91-0882 MCE EFB |
| Petitioner, | **DEATH PENALTY CASE** |
| v. | **SCHEDULING ORDER [D̶R̶A̶F̶T̶]** |
| **KEVIN CHAPPELL, Warden, California State Prison at San Quentin,** | |
| Respondent. | |

Petitioner is a state prisoner proceeding through counsel with this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. A Status/Scheduling conference was held in the courtroom of the undersigned on October 1, 2014 at 10:00 a.m. Joan M. Fisher of the Federal Defender's Office Eastern District Of California was present for the Petitioner. Ward A. Campbell, Supervising Deputy Attorney, California Department of Justice was present for the Respondent.

Accordingly, good cause appearing, IT IS ORDERED that:

1. Petitioner will file a motion for evidentiary hearing by April 6, 2015.

1

2. Respondent will file a response to the motion for evidentiary hearing on October 5, 2015.

3. A further Status/Scheduling conference is set for May 6, 2015 at 10:00 a.m. in Courtroom No. 8. The purpose of the conference will be to discuss whether the parties will be filing motions for discovery and/or expansion of the record. If necessary, the court and the parties will discuss any necessary rescheduling of the filing date for respondent's response to the motion for evidentiary motion.

Dated:   October 14, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE