**GAIL R. WEINHEIMER,** CA BAR #58589
Attorney at Law
P.O. Box 1078
Woodacre, CA 94973Telephone: (510) 267-3300
Facsimile: (510) 452-8712
E-mail: weinheimer@earthlink.net

**HEATHER E. WILLIAMS,** CA BAR #122664
Federal Defender of the Eastern District of California
**JOAN M. FISHER,** ID BAR #2854
Assistant Federal Defender
801 I Street, 3d Floor
Sacramento, California 95814
Telephone (916) 498-6666
Facsimile (916) 498-6656
E-mail: Joan_Fisher@fd.org

Attorneys for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BERNARD GORDON, | No. 2:91-cv-00882-MCE-EFB |
| Petitioner, | **DEATH PENALTY CASE** |
| v. | |
| KEVIN CHAPPELL, San Quentin State Prison, | ORDER GRANTING PETITIONER'S JOINT MOTION FOR SUBSTITUTION AND APPOINTMENT OF COUNSEL |
| Respondent. | |

Pursuant to Local Rule 182(g), Petitioner has moved for the Substitution and Appointment of Counsel, substituting and appointing David A. Senior as co-counsel and relieving currently appointed counsel, Gail R. Weinheimer of the prior appointment and representation of Petitioner.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for the substitution and appointment of counsel is GRANTED.

2. David A. Senior, Esq., McBreen & Senior, 1900 Avenue of the Stars, 11th Fl., Los Angeles, California 90067, is hereby appointed as co-counsel for Petitioner in substitution for Gail R. Weinheimer.

3. In addition to serving this order upon counsel, the Clerk is directed to serve it upon Kurt Heiser, CJA Administrator, Office of the Federal Defender for the Eastern District of California.

DATED: March 30, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE