David A. Senior (Bar No. 108579)
Ann K. Tria (Bar No. 259138)
MCBREEN & SENIOR
1900 Avenue of the Stars, Eleventh Floor
Los Angeles, California 90067
Phone: (310) 552-5300
Fax: (310) 552-1205
dsenior@mcbreensenior.com

Attorneys for Petitioner
PATRICK B. GORDON

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BRUCE GORDON,<br>Petitioner,<br><br>v.<br><br><br>RON DAVIS, Warden,<br>San Quentin State Prison,<br>Respondent.<br>_____ | **Case No. 2:91-cv-0882-MCE-EFB P**<br><br>**DEATH PENALTY CASE**<br><br>**STIPULATED SCHEDULE FOR**<br>**MERITS BRIEFING, DISCOVERY**<br>**REQUESTS, AND REQUESTS FOR**<br>**EVIDENTIARY HEARINGS; ORDER** |

Petitioner currently is required to file a Motion for Evidentiary Hearing by October 6, 2015.  Doc. 384, Mar. 31, 2015.

WHEREAS, it appears to counsel for all parties that certain claims advanced by Petitioner in the Amended Petition for Writ of Habeas Corpus involve issues that are record based and do not require further factual development, discovery, or evidentiary hearings; and

WHEREAS, counsel for all parties believe it will be more efficient for the parties to brief all claims on the merits going forward, and in that process, Petitioner will identify all discovery that he contends may be required, and/or evidentiary hearings that may be required to resolve any disputed material issues of fact by the parties.

IT IS HEREBY STIPULATED by and between the parties, through their respective attorneys of record, that:

1.      The Court's order dated March 31, 2015 (Doc. 384) that Petitioner shall file a Motion for Evidentiary Hearing by October 6, 2015 should be vacated;

2.      Petitioner will submit a brief on all claims for relief.  In doing so, Petitioner either will set forth that: 1) there is no genuine dispute as to any material fact on the claim and that Petitioner is entitled to judgment as a matter of law; and/or, 2) factual discovery is required on a claim and/or that an evidentiary hearing is required to present evidence and/or resolve disputes as to material facts on the claim;

3.      Respondent's brief will set forth all reasons why Petitioner is not entitled to judgment as a matter of law, and/or identify any and all genuine disputes as to any material fact, and shall include all reasons why Respondent contends that Petitioner is not permitted to undertake discovery on any fact and/or be entitled to an evidentiary hearing on any issue;

4.      Counsel for the parties agree to the following briefing schedule: 1) Petitioner's brief is due one year after the date this Court enters an order approving this stipulation; 2) Respondent's brief is due one year after Petitioner's brief is filed; and 3) Petitioner's reply brief is due three months after Respondent's brief is filed; and

5.      The foregoing stipulation is without prejudice to Petitioner to seek relief

from the conviction at any time.

Dated: September 15, 2015                    McBREEN & SENIOR



                                             By: /s/ David A. Senior
                                                   DAVID A. SENIOR
                                                   ANN K. TRIA
                                                   Attorneys for Petitioner
                                                   PATRICK B. GORDON

Dated: September 15, 2015                    ATTORNEY GENERAL OF THE
                                             STATE OF CALIFORNIA



                                             By: /s/ Brook Bennigson
                                             (as authorized on September 15, 2015)
                                                   BROOK BENNIGSON
                                                   Attorneys for Respondent
                                                   RON DAVIS, Warden

In accordance with the above, IT IS ORDERED that:

1.  This Court's order dated March 31, 2015 (Doc. 384) that Petitioner shall file

a Motion for Evidentiary Hearing by October 6, 2015 is vacated;

2.  Petitioner shall submit a brief on all claims for relief.  In doing so, Petitioner

either will set forth that: 1) there is no genuine dispute as to any material fact on the

claim and that Petitioner is entitled to judgment as a matter of law; and/or, 2) factual

discovery is required on a claim and/or that an evidentiary hearing is required to present

evidence and/or resolve disputes as to material facts on the claim;

3.  Respondent's brief shall set forth all reasons why Petitioner is not entitled to

judgment as a matter of law, and/or identify any and all genuine disputes as to any

material fact, and shall include all reasons why Respondent contends that Petitioner is not permitted to undertake discovery on any fact and/or be entitled to an evidentiary hearing on any issue;

4. Petitioner's brief shall be filed one year from the date of this order;

5. Respondent's brief shall be filed one year after Petitioner's brief is filed;

6. Petitioner's reply brief shall be filed three months after Respondent's brief is filed; and

5. The foregoing stipulation is without prejudice to Petitioner seeking relief from the conviction at any time.

DATED:  October 6, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE