# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BRUCE GORDON,<br><br>Petitioner,<br><br>v.<br><br>RON DAVIS, Acting Warden of the California State Prison at San Quentin,<br><br>Respondent. | Case No. 2:91-cv-0882-MCE-EFB DP<br><br>**DEATH PENALTY CASE**<br><br>ORDER |

Petitioner has moved for an extension of time to file his Brief on the Merits and Motion for Evidentiary Hearing, from August 29, 2017 to October 29, 2017. ECF No. 417. Counsel for Respondent does not oppose the Motion. Petitioner's Motion (*id.*) is GRANTED. His brief is due on or before October 29, 2017.

SO ORDERED.

DATED: August 17, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE