IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PATRICK BRUCE GORDON,** | Case No. 2:91-cv-00882-MCE-EFB DP |
| Petitioner, | **[~~PROPOSED~~] ORDER** |
| v. | |
| **KEVIN CHAPPELL, Warden, California State Prison at San Quentin,** | |
| Respondent. | |

IT IS HEREBY ORDERED that the time for filing respondent's responsive pleading is extended through and including November 12, 2019.

Dated: July 10, 2019.

_____
The Honorable Edmund F. Brennan