1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   PATRICK BRUCE GORDON,                    Case No.  2:91-cv-00882-MCE-JDP (DP)

12                    Petitioner,             **DEATH PENALTY CASE**

13        v.                                  ORDER DENYING PETITIONER'S MOTION
                                              FOR SETTLEMENT CONFERENCE
14   RON DAVIS,
                                              ECF No. 456
15                    Respondent.

16

17          Petitioner has filed a motion that asks the court to defer consider of his pending motion for

18   summary judgment, which is fully briefed, and to set a settlement conference.[1]  ECF No. 456; *see*

19   ECF No. 421.  Respondent opposes the motion.  ECF No. 458.

20          Considering the number of claims in this capital habeas case and the substantial briefing

21   on the pending motion for summary judgment, *see* ECF Nos. 397, 421, 441, & 454, a settlement

22   judge would need to expend significant time to prepare for a settlement conference.  And given

23   respondent's resistance to participating in settlement discussions, a settlement conference would

24   likely be unproductive and hence a waste of scarce judicial resources.  *See Garrett v. Macomber*,

25   No. 2:16-cv-1336-KJM-AC-P, 2019 WL 6330269, at *8 (E.D. Cal. Nov. 26, 2019) (denying

26   motion for a settlement conference "in light of defendants' opposition"); *McCarty v. Roos*, No.

27

28          [1] A hearing on petitioner's motion was held on August 12, 2021.  ECF No. 460.

                                              1

1    2:11-cv-01538-JCM, 2013 WL 5436578, at *2 (D. Nev. Sept. 27, 2013) ("The Court generally

2    does not grant motions for settlement conferences that are opposed.").

3         Accordingly, it is hereby ORDERED that petitioner's motion for a settlement conference

4    ECF No. 456, is denied.

5

6    IT IS SO ORDERED.

7

8    Dated:    March 31, 2022                    _____

                                                 JEREMY D. PETERSON
9                                                UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28