UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BRUCE GORDON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>KEVIN CHAPPELL,<br><br>　　　　　Respondent. | Case No. 2:91-cv-00882-MCE-JDP (DP)<br><br>**ORDER**<br><br>GRANTING PETITIONER'S REQUEST TO SEAL AND DENYING RESPONDENT'S REQUEST TO MODIFY A COURT ORDER<br><br>ECF Nos. 455 & 463 |

　　　Pending before the court is petitioner's request to seal a portion of his Reply Brief filed July 6, 2021. ECF No. 455. Consistent with this court's prior ruling, ECF No. 446, petitioner's request is granted. The portion of the reply brief identified by petitioner, i.e., his discussion of Claim E, is ordered sealed and is accessible only to the parties until further order of the court.

　　　Also pending before the court is respondent's request for modification of this court's March 31, 2022 order. ECF No. 463. The court finds no cause to modify it and the request is denied.

IT IS SO ORDERED.

Dated: 　February 14, 2024

　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE