# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BRUCE GORDON, | Case No. 2:91-cv-00882-DC-JDP |
| Petitioner, | DEATH PENALTY CASE |
| v. | MOTION TO APPOINT ANN-KATHRYN TRIA AS CO-COUNSEL FOR PETITIONER (MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO LOCAL RULE 233) |
| TRAVIS PENNINGTON, Warden, California Institution for Men[1], | |
| Respondent. | |

Petitioner has requested that Ann-Kathryn Tria be appointed as co-counsel in this matter.

GOOD CAUSE appearing, Petitioner's request, ECF No. 467, is granted.

IT IS SO ORDERED.

Dated: July 7, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

---

[1] Respondent's name has been changed to reflect that Petitioner has been transferred to California Institution for Men

[PROPOSED] ORDER   1   *Gordon v. Pennington,*
Case No. 2:91-cv-00882-DC-JDP