IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PATRICK BRUCE GORDON,** | Case No. 2:91-cv-00882-DC-JDP |
| Petitioner, | [PROPOSED] ORDER |
| v. | |
| **KEVIN CHAPPELL, Warden, California State Prison at San Quentin,** | |
| Respondent. | |

IT IS HEREBY ORDERED that the time for filing respondent's responsive pleading is extended through and including February 26, 2026.

IT IS SO ORDERED.

Dated:   November 5, 2025                                 _____
                                                                              JEREMY D. PETERSON
                                                                              UNITED STATES MAGISTRATE JUDGE