IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PATRICK BRUCE GORDON,** | Case No. 2:91-cv-00882-DC-JDP |
| Petitioner, | ~~**[PROPOSED]**~~ **ORDER** |
| **v.** | |
| **KEVIN CHAPPELL, Warden, California State Prison at San Quentin,** | |
| Respondent. | |

IT IS HEREBY ORDERED that the time for filing respondent's responsive pleading is extended through and including May 27, 2026.

IT IS SO ORDERED.

Dated:    February 27, 2026

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1