IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PATRICK BRUCE GORDON,**<br>Petitioner,<br>**v.**<br>**KEVIN CHAPPELL, Warden, California State Prison at San Quentin,**<br>Respondent. | Case No. 2:91-cv-00882-DC-JDP<br>**~~[PROPOSED]~~ ORDER** |

IT IS HEREBY ORDERED that the time for filing the parties' responsive pleadings is extended through and including October 26, 2026.

IT IS SO ORDERED.

Dated: September 23, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE